STATE OF CONNECTICUT *v.* THOMAS G. TROTTA
(14034)

O'CONNELL, LANDAU and HENNESSY, Js.
Argued May 31—decision released July 4, 1995

*Julian Schlesinger,* for the appellant (defendant).

*Jo Anne Sulik,* deputy assistant state's attorney, with whom, on the brief, were *James E. Thomas,* state's attorney, and *Christopher Parakilas,* deputy assistant state's attorney, for the appellee (state).

PER CURIAM. The judgment is affirmed.